# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# HONORABLE RUTH B. MONTENEGRO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL BUENO-SANCHEZ,<br><br>    Defendant. | CASE NO.: 3:21-CR-2246-JLS-1<br><br>**ORDER** |

Having considered Defendant's Joint Motion to Reconsider Detention Order and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Motion be **GRANTED.** Bond is set for Raul Bueno-Sanchez in the amount of $25,000.00 to be secured by the signature of one financially responsible and related adult and a 10% cash deposit.

**SO ORDERED.**

DATED: 08/23/2021

_____
Honorable Ruth B. Montenegro
United States Magistrate Court Judge