# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# HONORABLE JANIS L. SAMMARTINO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RAUL BUENO-SANCHEZ,

      Defendant.

Case No. 3:21-cr-2246-JLS-1

**ORDER GRANTING JOINT
MOTION TO CONTINUE MOTION
HEARING/TRIAL SETTING DATE**

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting date for the above captioned case, currently set on October 29, 2021 at 1:30 p.m., be continued to December 3, 2021 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date within one week of this Order.

For reasons stated in paragraph 3 of the Joint Motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendants in a speedy trial. The Court further finds that counsel need reasonable time for effective preparation. The Court has considered the parties' exercise of due diligence in making this determination. Accordingly, the Court finds this period of delay be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

Dated: October 25, 2021

Hon. Janis L. Sammartino
United States District Judge