# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RAUL BUENO-SANCHEZ,<br><br>　　　　　Defendant. | Case No. 3:21-cr-2246-JLS-1<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING DATE |

　　　Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting date for the above captioned case, currently set on December 3, 2021 at 1:30 p.m., be continued to January 7, 2022 at 1:30 p.m. The Court finds this period of delay be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

　　　For reasons stated in paragraph 3 of the Joint Motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendants in a speedy trial. The Court further finds that counsel need reasonable time for effective preparation. The Court has considered the parties' exercise of due diligence in making this determination.

　　　**IT IS SO ORDERED.**
Dated: December 1, 2021

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge